ROBERT S. AARON (SBN 138903)
TIMOTHY C. WILSON (SBN 173928)
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone:   (415) 438-7800
Facsimile:    (415) 438-7808
Email:         rsaaron@aaron-wilson.com
Email:         tcwilson@aaron-wilson.com

WILLIAM W. HATCHER, JR., ESQ.
HATCHER & RUNDEL
114 Pierce Street
Santa Rosa, California 95404
Telephone:   (707) 542-1921
Facsimile:    (707) 545-0220
Email:         whatcher@sonic.net

*Attorneys for Defendants*
JAMES S. COLLETTO and JOHN V. COLLETTO, as Successor Co-trustees of the JOSEPH S. COLLETTO and ANN D. COLLETTO TRUST dated November 1, 1988, specifically as to Trust B of Said Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY, <br><br>           Plaintiff(s), <br><br>     v. <br><br> TAQUERIA SANTA ROSA #1; JAMES S. COLLETTO and JOHN V. COLLETTO, as Successor Co-trustees of the JOSEPH S. COLLETTO and ANN D. COLLETTO TRUST, dated November 1, 1988, specifically as to Trust B of Said Trust; and FRANCISCO G. SAHAGUN, an individual dba TAQUERIA SANTA ROSA #1, <br><br>           Defendant(s). | Case No. C13-05900-PJH <br><br> **JOINT STIPULATION TO EXTEND THE DEADLINE FOR CONDUCTING A MEDIATION (ADR L.R. 6-5)** <br><br> Complaint Filed:   December 19, 2013 |

TO THE HONORABLE COURT:

1   The parties hereto, Plaintiffs IRMA RAMIREZ; and DAREN HEATHERLY, and
2   Defendants JAMES S. COLLETTO and JOHN V. COLLETTO, as Successor Co-trustees of the
3   JOSEPH S. COLLETTO and ANN D. COLLETTO TRUST dated November 1, 1988,
4   specifically as to Trust B of Said Trust, and FRANCISCO G. SAHAGUN, an individual dba
5   TAQUERIA SANTA ROSA #1, by and through their counsel of record, hereby stipulate as
6   follows:
7       WHEREAS, this matter was referred to mediation on May 23, 2014;
8       WHEREAS, mediator John Vrieze was appointed mediator on June 27, 2014;
9       WHEREAS, the joint telephone conference, per ADR L.R. 6.6, was held by mediator
10  John Vrieze, with counsel for the various parties, on July 23, 2014, during the course of which
11  potential mediation dates were discussed. However, due to trial dates and related commitments,
12  plaintiffs' counsel was unavailable on the dates proposed by mediator John Vrieze for the
13  mediation.
14      WHEREAS, subsequent discussions have yet to result in an exact date for mediation;
15  although, the likely date appears to lie in the last part of October or the first part of November,
16  2014.
17      WHEREAS, the parties have agreed, pending approval by this Court, that the deadline for
18  conducting the mediation be extended to November 30, 2014.
19      WHEREAS, there have been no prior extension of the deadline for conducting the
20  mediation.
21      WHEREAS, Plaintiffs and Defendants do not anticipate that this extension of time will
22  alter the date of any event or any deadline already fixed by Court order.
23      IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants through their
24  respective counsel of record that the deadline for conducting the mediation be extended to
25  November 30, 2014.
26
27  ///
28  ///

,cuts toExlmd [Male for Molattave.54  16.

2

IT IS SO STIPULATED

Dated: August 27, 2014                    AARON & WILSON, LLP

By _____/S/_____
ROBERT S. AARON
*Attorneys for Defendants*
JAMES S. COLLETTO and JOHN V. COLLETTO, as Successor Co-trustees of the JOSEPH S. COLLETTO and ANN D. COLLETTO TRUST dated November 1, 1988, specifically as to Trust B of Said Trust

Dated: August 27, 2014                    HATCHER & RUNDELL

By _____/S/_____
WILLIAM W. HATCHER, JR.
*Attorneys for Defendants*
JAMES S. COLLETTO and JOHN V. COLLETTO, as Successor Co-trustees of the JOSEPH S. COLLETTO and ANN D. COLLETTO TRUST dated November 1, 1988, specifically as to Trust B of Said Trust

Dated: August 27, 2014                    THE FRANKOVICH GROUP

By _____/S/_____
THOMAS E. FRANKOVICH
*Attorneys for Plaintiffs*
IRMA RAMIREZ; and DAREN HEATHERLY

Dated: August 27, 2014

8/28/14

By _____/S/_____
MARVIN PEDERSON
*Attorneys for Defendant*
FRANCISCO G. SAHAGUN, an individual dba TAQUERIA SANTA ROSA #1

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: August 27, 2014            AARON & WILSON, LLP

By _____/S/_____
ROBERT S. AARON
***Attorneys for Defendants***
JAMES S. COLLETTO and JOHN V. COLLETTO, as Successor Co-trustees of the JOSEPH S. COLLETTO and ANN D. COLLETTO TRUST dated November 1, 1988, specifically as to Trust B of Said Trust

1  **CERTIFICATE OF SERVICE**

2  STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3  I, Robert S. Aaron, declare:

4  I am a citizen of the United States, over 18 years of age and not a party to the within action. I am self-employed in the City and County of San Francisco; my business address is 150 Post Street, Suite 400, San Francisco, California, 94108.

5

6  On August 27, 2014, I served the attached and/or enclosed:

7  **JOINT STIPULATION TO EXTEND THE DEADLINE FOR CONDUCTING A MEDIATION (ADR L.R. 6-5)**

8

on all parties in this action, at the following address(es):

9

| William W. Hatcher, Jr., Esq. | Thomas E. Frankovich, Esq. |
| Hatcher & Rundel | The Frankovich Group |
| 114 Pierce Street | The Vinyard |
| Santa Rosa, CA 95404 | 4328 Redwood Highway, Suite 300 |
| Fax: (707) 545-0220 | San Rafael, CA 94903 |
| Tel: (707) 542-1921 | Fax: (415) 674-9900 |
| Email: whatcher@sonic.net | Tel: (415) 444-5800 |
| Co-Counsel for Defendants, James S. Colletto and John Colletto, as Successor Co-trustees of the Joseph S. Colletto and Arm D. Colletto Trust dated November 1, 1988, specifically as to Trust B of Said Trust | Email: tfrankovich@disabilitieslaw.corn Counsel for Plaintiffs, Irma Ramirez and Daren Heatherly |

Marvin Pederson, Esq.
1160 North Dutton Avenue, Suite 150
Santa Rosa, CA 95401
Fax: (707) 544-5829
Tel: (707) 544-9444
Email: pederson@marvlaw.corn
Counsel for Co-Defendant, Taqueria Santa Rosa

20  Service was accomplished by causing either an original or a true copy of the above-referenced document(s) to be distributed as follows:

21

22  ❏  BY MAIL: I caused such document(s) to be placed in a sealed envelope, addressed as indicated above, with prepaid first-class postage thereon, and then placed the envelope(s) for collection and mailing, in accordance with the firm's ordinary business practice. I am readily familiar with the firm's ordinary business practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice correspondence for mailing is deposited with United States Postal Service on the date indicated for service, with prepaid first-class postage thereon.

26  ❏  BY HAND DELIVERY: I caused such documents to be hand delivered to the addresses indicated above.

27  ❏  VIA FACSIMILE: I caused such documents to be transmitted via facsimile to the parties indicated above, at their respective facsimile numbers.

28

1  |||   VIA EXPRESS CARRIER: I caused such documents to be collected by an agent for the United States Postal Service, United Parcel Service, Federal Express or other overnight carrier, to be delivered by way of overnight mail to the addresses indicated above.

E-MAIL. I caused such documents to be transmitted via e-mail to the parties indicated above, at their respective e-mail addresses through the E-Filing website.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on August 27, 2014, at San Francisco, California.

                                                /S/
                                        Robert S. Aaron