UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ,

        Plaintiff(s),                           No. C 13-05900 PJH

   v.                                       **ORDER OF DISMISSAL**

TAQUERIA SANTA ROSA,

        Defendant(s).
_____/

      The court having been advised by Certification of ADR Session and by the parties through their counsel, that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service on the opposing party(ies)thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.  The parties may substitute a dismissal with prejudice at any time during this sixty-day period.

      IT IS SO ORDERED.

Dated:  January 20, 2015

                                                 _____
                                                 PHYLLIS J. HAMILTON
                                                 United States District Judge